STATE OF NEW JERSEY v. O'NEIL BLOW.

October 16, 1973. Petition for certification denied.

MEYER FRISCHLING v. BOARD OF ADJUSTMENT
OF THE TOWNSHIP OF SOUTH BRUNSWICK.

October 16, 1973. Petition for certification denied.

I.C.I. AMERICA, INC. v. AMERICAN NATIONAL BANK AND
TRUST CO. AND AUDIO DEVICES, INC. v. AMERICAN
NATIONAL BANK AND TRUST CO.

October 16, 1973. Petition for certification denied.

STATE OF NEW JERSEY, BY THE COMMISSIONER OF
TRANSPORTATION v. ISADORE D. ORENSTEIN AND
RAMY REALTY, INC.

October 16, 1973. Petition for certification denied.

SOUTH RIVER SAVINGS AND LOAN ASSOCIATION v. COM-
MERCE CAPITAL CORP. AND LAWRENCE KATCHEN.

October 16, 1973. Petition for certification denied.